**Order entered January 23, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00822-CR

### WILLIAM TRAVIS HENDRIX, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82997-2017**

## ORDER

Before the Court is appellant's January 22, 2019 first motion to extend time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on or before February 20, 2019.

/s/    CORY L. CARLYLE
        JUSTICE